UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JAMES STOKES,

    Plaintiff,

v.      Case No. 07-C-59

TOM MICHLOWSKI, et al.,

    Defendants.

**ORDER**

Plaintiff filed a motion asking me to reconsider the portion of the screening order that dismissed Byran Bartow from this action. In dismissing Bartow, the WRC director, I concluded there was no claim stated against him personally and no basis to conclude he was involved in any way with the plaintiff's medical treatment. The plaintiff's motion suggests that Bartow was involved in some kind of cover-up, but that allegation is found nowhere in the complaint and is, in fact, too vague to support any amendment thereof. The motion for reconsideration is therefore **DENIED**.

Dated this  9th  day of May, 2007.

    s/ William C. Griesbach
    William C. Griesbach
    United States District Judge